# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00556-CV

**Emergency Services of Texas, P.A.; Hill Country Emergency Medical Associates, P.A.; Longhorn Emergency Medicine Associates, P.A.; ACS Primary Care Physicians Southwest, P.A.; Longhorn Observation Medical Associates, P.A.; Central Texas Emergency Associates, P.A.; Texas Medicine Resources, LLP; Texas Physician Resources, LLP; and Pediatric Emergency Medicine Group, LLP, Appellants**

**v.**

**Celtic Insurance Company; and Superior Health Plan, Inc., Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003838, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate the appeal, explaining that they are in settlement negotiations. We grant the motion and abate the appeal. The parties are instructed to file a motion to dismiss or a status report no later than October 11, 2021. Failure to do so may result in the appeal being dismissed or reinstated for consideration by the Court.

Before Chief Justice Byrne, Justices Baker and Smith

Abated

Filed: September 3, 2021